UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA BIBB

Plaintiffs,

v.

County of Monroe, *et al*,

Defendants.
_______________________________________/

Case No. 5:25-cv-13894

District Judge Judith E. Levy
Magistrate Judge Anthony P. Patti

**ORDER REQUIRING PLAINTIFF TO IDENTIFY "DOE" DEFENDANTS**

When Plaintiff filed the operative pleading on December 31, 2025, she included Jane Doe #1, and John Doe #1, John Doe #2, and John Doe #3 as unnamed Defendants. (ECF No. 15). These Defendants must be identified and named before they can properly be served. Federal Rule of Civil Procedure 4(m) requires the Court to dismiss, without prejudice, any defendant who remains unserved within 90 days of filing the complaint, unless good cause is shown. "Although courts generally do not favor use of "John Doe" to identify defendants, where the identify of a party is unknown . . . courts generally allow a plaintiff to identify the unknown defendant through discovery, unless it is clear that discovery would not uncover the identities of the defendants." *Staples v. Stone*, No. 16-CV-12367, 2017 WL 76891, at *5 (E.D. Mich. Jan. 9, 2017) citing *Haney v. 5th E. Dist. Police Dep't*, No. 12-CV-14684, 2012 WL 5389914, at *4 (E.D. Mich. Nov.

5, 2012); *Yates v. Young*, 772 F.2d 909 (Table), 1985 WL 13614, *2 (6th Cir. Aug. 28, 1985). In February 2026, Plaintiff stated that she "will seek limited discovery for identification purposes and [will] move to amend [her complaint] once [the] identities are learned" but Plaintiff has not yet moved for such discovery. (ECF No. 27, PageID.472).

Plaintiff is **ORDERED** to identify Jane Doe #1, John Doe #1, John Doe #2, and John Doe #3 by name or move for limited discovery relating to their identities no later than **October 23, 2026**. Failure to timely or adequately respond to this Order will result in an Order to show cause why the unnamed Doe Defendant's should not be dismissed.

**IT IS SO ORDERED.**[1]

Dated: September 30, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).